IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOUIS GLICK DIAMOND CORP.,
*Plaintiff*,

v.

CRAIG DRAKE, Sr., *et al.*,
*Defendants*.

CIVIL ACTION

FILED
JAN 11 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

No. 09-5970

## ORDER

**AND NOW**, this 10th day of January, 2010, it is hereby **ORDERED** that Plaintiff Louis Glick Diamond Corporation's Motion for Summary Judgement (Docket No. 9) is **GRANTED** as to the issue of the liability of Defendants Craig Drake, Sr. and Craig Drake, Jr.

It is further **ORDERED** that Plaintiff's counsel shall, within 14 days of the entry of this Order, file a Form of Order setting forth the exact damages which Plaintiff asserts that it is owed based upon this finding of liability, and shall be responsible for ensuring that this Form of Order is served upon the Defendants. Defendants shall have 21 days from the filing of Plaintiff's Form of Order to file any objections to the Plaintiff's calculation of appropriate damages.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE